IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 OCT 25  AM 10: 40

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| CHARLES THOMPSON, | X | |
| Plaintiff, | X | |
| vs. | X | No. 05-2528-Ml/P |
| U.S. DISTRICT ATTORNEY'S OFFICE, CRIMINAL DIVISION, | X | |
| Defendant. | X | |

ORDER CLOSING CASE

On July 15, 2005, the clerk docketed as an action pursuant to 42 U.S.C. § 1983 a document received from Charles Thompson, Tennessee Department of Correction prisoner number 281691, an inmate at the Riverbend Maximum Security Institution in Nashville, Tennessee. The document, on its face, is entitled "Affidavit of Complaint," and it purports to seek the initiation of a criminal investigation into an attorney who practices in Memphis. Nothing on the face of the document indicates that the plaintiff seeks to file a civil action against anyone. The mailing envelope for the document was addressed to the "U.S. District Attorney General, Western District of Tennessee." The matters about which the plaintiff complains do not pertain to him personally but, instead, concern the attorney's representation of another inmate. The document also was not accompanied by an in forma pauperis affidavit and inmate trust fund account statement.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-25-05

It appears that this document was misdirected by the post office and should have been delivered to the United States Attorney. As it does not appear that the plaintiff intended to commence a civil action, the Clerk is ORDERED to close the case without assessment of the filing fee.

IT IS SO ORDERED this __24__ day of October, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02528 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

Charles Thompson
RIVERBEND MAXIMUM SECURITY FACILITY
281691
7475 Cockrill Bend Industrial Road
Nashville, TN 37209

Honorable Jon McCalla
US DISTRICT COURT